**Daniel G. BOND, Appellant,**

v.

**Paula K. BOND, Respondent.**

**No. WD 40212.**

Missouri Court of Appeals,
Western District.

June 28, 1988.

Leslie Ann Schneider, Columbia, for appellant.

Gary L. Stamper, Columbia, for respondent.

Before NUGENT, P.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from awards of child custody, visitation and maintenance.

Affirmed. Rule 84.16(b).